UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. BEECHER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNION SUPPLY DIRECT, INC.,<br><br>　　　　　　Defendant. | No.  2:21-cv-01883-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 2, 9) |

　　　　Plaintiff James W. Beecher is a former state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 11, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) be denied and that this action be summarily dismissed because this court does not have subject matter jurisdiction over plaintiff's sole claim—a contract claim brought under California state law. (Doc. No. 9.)  Those pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.*)  To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 11, 2023 (Doc. No. 9) are adopted in full;
2. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is denied;
3. This action is dismissed due to this court's lack of jurisdiction over plaintiff's claim; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **October 18, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE